**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| LASHONDA POWELL | CIVIL ACTION NO. 26-2187 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| WALMART | MAGISTRATE JUDGE HORNSBY |

# JUDGMENT

The Court having reviewed the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 8, the plaintiff's complaint, along with exhibits, Record Documents 1 and 3, the Court's memorandum order, Record Document 6, plaintiff's First Amended Complaint, Record Document 7, and after a *de novo* review of the record, no objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein. Accordingly,

**IT IS ORDERED** that plaintiff's Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim on which relief may be granted.

**DONE AND SIGNED** at Shreveport, Louisiana, this 19th day of August, 2026.

Alex C. Van Hook

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE